# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA

Case Number: 07 CV 6475

Plaintiff:
ALTIN HAVAYOLU TASIMACILIGI TURIZM VE TIC., A.S.
vs.
Defendant:
SIVAKUMAR SINNARAJAH, ET AL.

For: Stephen Joseph, Esq.

Received by Judicial Process and Support, Inc. on the 3rd day of January, 2008 at 12:52 pm to be served on SIVAKUMAR SINNARAJAH, AN INDIVIDUAL ALSO KNOWN AS MANO SINNARAJAH,, 9749 S.W. 111TH TERRACE, MIAMI, FL 33176

I, _FRANK P. CAREY_, being duly sworn, depose and say that on the _7_ day of _JAN_, 2008 at _3:00_ _P_.m., executed service by delivering a true copy of the **SUMMONS, VERIFIED COMPLAINT FOR DAMAGES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER RE. CASE MANAGEMENT CONFERENCE , ECF REGISTRATION INFORMATION HANDOUT AND ATTACHED DOCUMENTATION** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: Served by delivering a true copy of the documents reflected above with the date and hour of service endorsed thereon by me, to _HARIJA SINNARAJAH - WIFE_ as CO-RESIDENT at the address reflected above or in the comments section, the within named person's usual place of ABODE, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____
_____
_____

I acknowledge that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

_Frank P. Corey_

Subscribed and Sworn to before me on the _15th_ day of _January 2008_ by the affiant who is personally known to me.

_[signature]_
NOTARY PUBLIC

MARIA J. GUTIERREZ
Comm# DD0368994
Expires 11/4/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

PROCESS SERVER # _1480_
Appointed in accordance
 with State Statutes

**Judicial Process and Support, Inc.**
19 West Flagler Street
Suite 312
Miami, FL  33130
(305) 347-3353
Our Job Serial Number: 2008000029

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9r