# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA

Case Number: 07 CV 6475

Plaintiff:
**ALTIN HAVAYOLU TASIMACILIGI TURIZM VE TIC., A.S.**
vs.
Defendant:
**SIVAKUMAR SINNARAJAH, ET AL.**

For: Stephen Joseph, Esq.

Received by Judicial Process and Support, Inc. on the 3rd day of January, 2008 at 12:52 pm to be served on **H&S GROUP OF COMPANIES, INC., BY SERVING ITS REGISTERED AGENT, SIVAKUMAR SINNARAJAH, 9749 S.W. 111TH TERRACE, MIAMI, FL 33176.** I, _Frank P. Carey_, being duly sworn, depose and say that on the _7_ day of _Jan_, 20_08_ at _3:00 P_.m., executed service by delivering a true copy of the **SUMMONS, VERIFIED COMPLAINT FOR DAMAGES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER RE. CASE MANAGEMENT CONFERENCE , ECF REGISTRATION INFORMATION HANDOUT AND ATTACHED DOCUMENTATION** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

(X) **CORPORATE SERVICE:** By serving _Harsha Sinnarajah - wife_ as _____.

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _Address provided is a residential address._

I acknowledge that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Subscribed and Sworn to before me on the _15th_ day of _January, 2008_ by the affiant who is personally known to me.

_[signature]_
**NOTARY PUBLIC**

MARIA J. GUTIERREZ
Comm# DD0368994
Expires 11/4/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

_[signature] Frank P. Carey_
**PROCESS SERVER #** _1480_
Appointed in accordance
with State Statutes

**Judicial Process and Support, Inc.**
19 West Flagler Street
Suite 312
Miami, FL  33130
(305) 347-3353
Our Job Serial Number: 2008000030

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9r