UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTIN HAVAYOLU TASIMACILIGI
TURIZM VE TIC, A.S. *dba* GOLDEN
INTERNATIONAL AIRLINES,

Plaintiff,

v.

SIVAKUMAR SINNARAJAH, et al.

Defendant.

No. C 07-6475 EDL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 2-7-08

Signature

Counsel for PLAINTIFF
(Name or party or indicate "pro se")

2