1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   PATRICK J. RICHARD (SBN 131046)
2  prichard@nossaman.com
   50 California Street, Thirty-Fourth Floor
3  San Francisco, California 94111-4707
   Telephone: (415) 398-3600
4  Facsimile: (415) 398-2438

5  Attorneys for Defendants
   SIVAKUMAR SINNARAJAH,
6  a/k/a MANO SINNARAJAH;
   H&S GROUP OF COMPANIES, INC.

7

8

9

10                     UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12

| ALTIN HAVAYOLU TASIMACILIGI TURIZM VE TIC, A.S., a corporation organized under the laws of Turkey, doing business as GOLDEN INTERNATIONAL AIRLINES,<br><br>Plaintiff,<br><br>vs.<br><br>SIVAKUMAR SINNARAJAH, an individual, also known as MANO SINNARAJAH; H&S GROUP OF COMPANIES, INC., a Florida corporation; and DOES 1 to 10 inclusive,,<br><br>Defendants. | Case No:    CV 07-6475 EDL<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>THE HONORABLE ELIZABETH D. LAPORTE<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
|---|---|

223040_1.DOC

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents, without waiving jurisdictional raised in the pending motion, to have a United States Magistrate Judge conduct any and all further proceedings in the case. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 13, 2008

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK J. RICHARD

By: /s/ Patrick J. Richard
Patrick J. Richard
Attorneys for Defendants
SIVAKUMAR SINNARAJAH,
a/k/a MANO SINNARAJAH;
H&S GROUP OF COMPANIES, INC.