UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                                    **Date:** March 11, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-06475 EDL

**Title:**     ALTIN HAVAYOLU TASIMACILIGI v. SIVAKUMAR SINNARAJAH

**Attorneys:**     Plaintiff: Stephen L. Jospeh          Defendants: Patrick J. Richard

**Deputy Clerk:**     Lili M. Harrell          **Court Reporter:** Sahar McVickar
                                                                                    (Time: 9:14am - 9:22am)

**PROCEEDINGS:**                                                                                         **RULINGS:**

Defendants' Motion to dismiss, or in the alternative, to Change          Submitted
Venue [3]


**ORDERED AFTER HEARING:**



**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:


cc: