1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   PATRICK J. RICHARD (SBN 131046)
2  prichard@nossaman.com
   50 California Street, Thirty-Fourth Floor
3  San Francisco, California 94111-4707
   Telephone:  (415) 398-3600
4  Facsimile:  (415) 398-2438

5  Attorneys for Defendants
   SIVAKUMAR SINNARAJAH,
6  a/k/a MANO SINNARAJAH;
   H&S GROUP OF COMPANIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTIN HAVAYOLU TASIMACILIGI TURIZM VE TIC, A.S., a corporation organized under the laws of Turkey, doing business as GOLDEN INTERNATIONAL AIRLINES,<br><br>Plaintiff,<br><br>vs.<br><br>SIVAKUMAR SINNARAJAH, an individual, also known as MANO SINNARAJAH; H&S GROUP OF COMPANIES, INC., a Florida corporation; and DOES 1 to 10 inclusive,,<br><br>Defendants. | Case No:   CV 07-6475 EDL<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>THE HONORABLE ELIZABETH D. LAPORTE<br><br>**PROOF OF SERVICE OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL; DECLARATION OF PATRICK J. RICHARD**<br><br>Action Filed:<br><br>Date:   June 2, 2008<br>Time:  9:00 a.m.<br>Ctrm:  E |

224015_1.DOC

PROOF OF SERVICE OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST PLAINTIFF AND
PLAINTIFF'S COUNSEL; DECLARATION OF PATRICK J. RICHARD

# PROOF OF SERVICE

The undersigned declares:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman, Guthner, Knox & Elliott, LLP, 50 California Street, Thirty-Fourth Floor, San Francisco, California 94111-4707.

On **March 12, 2008**, I served the foregoing on parties listed below:

> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL; and**
>
> **DECLARATION OF PATRICK J. RICHARD IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL**

to the within action as follows:

☒ (By U.S. Mail) On the same date, at my said place of business, a true copy thereof enclosed in a sealed envelope, addressed as shown below was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

**Counsel for Plaintiff**
Stephen L. Joseph Esq.
Post Office Box 221
Tiburon, CA 94920-0221
Phone (415) 557-6660
Fax (415) 869-5380
sljoseph@earthlink.net

Executed on **March 12, 2008**.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Catherine T. Edwards

224015_1.DOC    -1-
PROOF OF SERVICE OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL; DECLARATION OF PATRICK J. RICHARD