UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTIN HAVAYOLU TASIMACILIGI
TURIZM VE TIC, A.S.,

    Plaintiff,

v.

SIVAKUMAR SINNARAJAH, et al.,

    Defendants.
_____/

No. C 07-06475 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion for Sanctions Against Plaintiff and Plaintiff's Counsel noticed for June 2, 2008 has been **reset to June 3, 2008** at 9:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: March 17, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy