**COPY**

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 14, 2008

*Via Certified Mail*

United States District Court
Southern District of Florida
Office of the Clerk
150 Federal Courthouse Square
301 North Miami Avenue
Miami, Florida 33128



FILED by _____ D.C.

MAR 27 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

**RE: ALTIN HAVAYOLU TASIMACILIGI TURIZM VE TIC -v- SIVAKUMAR SINNARAJAH, et al., Case Number C-07-6475-EDL**

Dear Clerk,

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: <u>Thelma Nudo</u>
Deputy Clerk

Enclosures
Copies to counsel of record

March 14, 2008

---
**These instructions are for internal court use only.**

---

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

FILED by __IG__ D.C.
ELECTRONIC

**MAR. 27, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**08-20843-CIV-LENARD/TORRES**

| | |
|---|---|
| ALTIN HAVAYOLU TASAMACILIGI TURIZM VE TIC,<br><br>Plaintiff,<br><br>v.<br><br>SIVAKUMAR SINNARAJAH, et al.,,<br><br>Defendants. / | No. C-07-6475 EDL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF FLORIDA** |

On December 27, 2007, Plaintiff Altin Havayolu Tasamaciligi Turizm Te Vic filed this breach of contract and fraud action against Defendants Sivakumar Sinnarajah and his company, Defendant H&S Group of Companies, Inc. On January 28, 2008, Defendants moved to dismiss based on lack of personal jurisdiction and improper venue, or in the alternative, to transfer venue to the district court in Florida. On March 11, 2008, the Court held a hearing on Defendants' Motion. For the reasons stated at the hearing and in this Order, the Court grants Defendants' Motion to Dismiss and transfers this matter to the Southern District of Florida.

**Facts**

Plaintiff is a Turkish airline and aircraft operating company doing business under the name of Golden International Airlines. Compl. ¶ 2. Defendant Sivakumar Sinnarajah is a citizen of Sri Lanka, who is domiciled in Florida. Compl. ¶ 3. He is the President, CEO and a director of Defendant H&S Group of Companies, Inc. Compl. ¶ 3. H&S is organized under the laws of Florida. Compl. ¶ 4.

On July 18, 2007, Plaintiff and H&S executed a Letter of Intent for the lease by H&S to