EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND DEFENDANTS' COUNSEL FOR INTENTIONAL VIOLATION OF RULE 11

PART 2 OF 2

EXHIBITS E TO I

PROOF OF SERVICE

# EXHIBIT E

# LAW OFFICES
## *of*
# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221
TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

## FAX TRANSMITTAL SHEET

DATE: March 12, 2008

FROM: Stephen L. Joseph

TO: Patrick J. Richard

TRANSMIT TO FAX NUMBER: (415) 398-2438

NUMBER OF PAGES (INCLUDING THIS PAGE): 2

DOCUMENT: Letter regarding Rule 11

---

**COMMENTS:**

PLEASE NOTE: THIS FAX AND THE INFORMATION IT CONTAINS ARE INTENDED TO BE A CONFIDENTIAL AND PRIVILEGED COMMUNICATION ONLY TO THE PERSON(S) SPECIFIED IN THE "TO" LINE ABOVE. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

LAW OFFICES
*of*
# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221

*Admitted in California and the District of Columbia*

TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

March 12, 2008

Patrick J. Richard, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4707

Dear Mr. Richard:

I am responding to your letter of today's date.

My consent to the transfer of the case to Florida is not conditional on anything. It is unconditional. I am agreeing that the case will not be prosecuted in California. The case will be moved to Florida, either by transfer or refiling. I don't know how I can be clearer than that.

You know my position about the 21 day deadline and nothing in your letter changes my mind. You could have served the Rule 11 motion earlier and given me 21 days, but you didn't. I have black letter law on my side. There's no grey area here. It's a 21 day "safe harbor." If you violate it, you subject yourself to a Rule 11 motion.

Sincerely,

Stephen L. Joseph

```
TRANSMISSION VERIFICATION REPORT

                                              TIME  : 03/12/2008 09:57
                                              NAME  : STEPHEN JOSEPH
                                              FAX   : 4158695380
                                              TEL   : 4155776660
                                              SER.# : E7J440657


DATE,TIME                       03/12  09:57
FAX NO./NAME                    3982438
DURATION                        00:00:33
PAGE(S)                         02
RESULT                          OK
MODE                            STANDARD
                                ECM
```

# LAW OFFICES
## *of*
# STEPHEN L. JOSEPH, ESQ.

### P.O. BOX 221
### TIBURON, CA 94920-0221
### TELEPHONE: (415) 577-6660
### FAX: (415) 869-5380
### E-MAIL: sljoseph.law@earthlink.net

## FAX TRANSMITTAL SHEET

DATE: March 12, 2008

FROM: Stephen L. Joseph

TO: Patrick J. Richard

TRANSMIT TO FAX NUMBER: (415) 398-2438

NUMBER OF PAGES (INCLUDING THIS PAGE): 2

DOCUMENT: Letter regarding Rule 11

COMMENTS:

# EXHIBIT F

# LAW OFFICES
### *of*
# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221
TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

## FAX TRANSMITTAL SHEET

DATE: March 14, 2008

FROM: Stephen L. Joseph

TO: Patrick J. Richard

TRANSMIT TO FAX NUMBER: (415) 398-2438

NUMBER OF PAGES (INCLUDING THIS PAGE): 2

DOCUMENT: Letter consenting to transfer of case to Florida

----

**COMMENTS:**

PLEASE NOTE: THIS FAX AND THE INFORMATION IT CONTAINS ARE INTENDED TO BE A CONFIDENTIAL AND PRIVILEGED COMMUNICATION ONLY TO THE PERSON(S) SPECIFIED IN THE "TO" LINE ABOVE. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

LAW OFFICES
*of*

# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221

*Admitted in California and the District of Columbia*

TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

March 14, 2008

Patrick J. Richard, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4707

    RE:   Altin v. Sinnarajah, et al.
             U.S. District Court for the Northern District Of California
             Case No. CV 07-6475 EDL

Dear Mr. Richard:

      The U.S. District Court for the Northern District of California has ordered that the case will be transferred to the U.S. District Court for the Southern District of Florida and not dismissed. Plaintiff is hereby confirming and agreeing as follows:

      1. Plaintiff unconditionally and irrevocably consents to the transfer of the case to the U.S. District Court for the Southern District of Florida.

      2. Plaintiff unconditionally and irrevocably waives all rights to file a motion for reconsideration of the Court's decision to transfer the case to the U.S. District Court for the Southern District of Florida or to appeal said decision.

                                                                Sincerely,

                                                                Stephen L. Joseph

TRANSMISSION VERIFICATION REPORT

```
                              TIME    : 03/14/2008 07:01
                              NAME    : STEPHEN JOSEPH
                              FAX     : 4158695380
                              TEL     : 4155776660
                              SER.#   : E7J440657
```

```
DATE,TIME              03/14 07:01
FAX NO./NAME           3982438
DURATION               00:00:27
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# LAW OFFICES
## *of*
# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221
TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

## FAX TRANSMITTAL SHEET

DATE: March 14, 2008

FROM: Stephen L. Joseph

TO: Patrick J. Richard

TRANSMIT TO FAX NUMBER: (415) 398-2438

NUMBER OF PAGES (INCLUDING THIS PAGE): 2

DOCUMENT: Letter consenting to transfer of case to Florida

---

**COMMENTS:**

# EXHIBIT G

## Stephen L. Joseph

**From:** Stephen L. Joseph [sljoseph.law@earthlink.net]
**Sent:** Friday, March 14, 2008 7:00 AM
**To:** 'Richard, Patrick J.'
**Subject:** Altin v. Sinnarajah

Mr. Richard:

The U.S. District Court for the Northern District of California has ordered that the case will be transferred to the U.S. District Court for the Southern District of Florida and not dismissed. Plaintiff is hereby confirming and agreeing as follows:

1. Plaintiff unconditionally and irrevocably consents to the transfer of the case to the U.S. District Court for the Southern District of Florida.

2. Plaintiff unconditionally and irrevocably waives all rights to file a motion for reconsideration of the Court's decision to transfer the case to the U.S. District Court for the Southern District of Florida or to appeal said decision.

Regards,

Stephen L. Joseph

LAW OFFICES *of*
STEPHEN L. JOSEPH
3701 Sacramento Street #500
San Francisco, CA 94118
Phone: (415) 577-6660
Fax: (415) 869-5380
E-mail: sljoseph.law@earthlink.net

PLEASE NOTE: The information in this e-mail is confidential, privileged, and protected from disclosure. If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in it to anyone. Please notify the sender by reply e-mail and delete the message. Thank you.

# EXHIBIT H



# About Us

**Experience, Innovation & Teamwork.**

Our roots were firmly planted in California in 1946 by Walter L. Nossaman. For the past 60 years, the firm has been home to some of the brightest legal minds and most creative thinkers in the State. We have developed a proud history that is rich in legal excellence and public leadership.

Nossaman has attracted national attention for many of its legal innovations and accomplishments and is highly respected among its colleagues in the legal community, as well as within many industry sectors such as transportation and healthcare. Our reputation of successfully representing clients in high profile, complex matters and large-scale projects has enabled us to recruit and retain strong legal talent, which in turn allows us to provide clients with the knowledge, skills and passion that are needed to succeed in today's dynamic marketplace.

Nossaman is now over 130 attorneys and lobbyists strong, with offices in Los Angeles, San Francisco, Orange County, Sacramento, Washington D.C./Virginia, Austin and Seattle. Our list of clients includes publicly and privately held corporations, public agencies, health institutions, transportation agencies, real estate developers, landowners and water purveyors.

**We Work For You.** What hasn't changed over the last 60 years are the firm's priorities. We continue to couple exceptional depth and expertise in our core areas of specialization with a commitment to client service. We strive to uphold the highest standards of excellence, hard work, and loyalty that our clients have come to expect and value. And most of all, we maintain the spirit of teamwork and professional congeniality that sets our firm apart from others.

Our clients' best interests drive every matter and relationship at the firm, and are the ultimate measure of our success. When you hire Nossaman, our attorneys become your dedicated team members—you work with the people you hire. This commitment begins with your attorney, and includes an extended team of Nossaman professionals, who are personally appointed to you. We become actively involved in your company and industry, through training and professional associations, and by educating ourselves on the daily needs of your business.

**We Invest In Where We Live.** At Nossaman, we believe that every firm and individual must take the opportunity to step forward, and engage. For the past 60 years, Nossaman has been actively involved in the community -- offering counsel and support for issues and initiatives that continue to have an impact on our daily lives.

This legacy continues. Nossaman attorneys and staff are committed to supporting the community and making it a better place to live. We extend our service beyond pro bono work, and embrace the fundamental needs of our local society and world in ways that have a measurable impact. Needs like our transportation infrastructure, healthcare services, housing and clean water. Youth development programs. United Way. Legal aid.

We give back, both as a firm as well as on an individual basis. Further, we encourage our attorneys to engage with people, causes and issues that they are passionate about. We believe it makes us better lawyers. And more

importantly, it makes us better people.

Los Angeles | San Francisco | Orange County | Sacramento | Washington, D.C./Virginia | Austin | Seattle

Copyright © 2008 Nossaman Guthner Knox & Elliott LLP. All Rights Reserved.

# EXHIBIT I





**Patrick J. Richard** - Partner
prichard@nossaman.com

**San Francisco Office**

(415) 438-7278 Tel
(415) 398-2438 Fax

50 California Street, 34th Floor
San Francisco, CA  94111-4707

Patrick Richard has more than two decades of experience as a commercial litigator and serves as chair of Nossaman's Litigation Department. Mr. Richard has significant trial experience, successfully representing mid-cap publicly traded companies and government agencies as both defendants and plaintiffs. He has won precedent setting jury verdicts and has agreeably negotiated high value settlements. Mr. Richard's clients seek his services on a broad range of commercial disputes - from complex business transactions and corporate governance to breach of fiduciary duties and business tort actions – based on his experienced judgment and the quality of his attorney client relationships.

Mr. Richard is the former Chair of Nossaman's Financial Services Practice Group and his professional excellence has earned him "Super Lawyer" status in Northern California for 2005.

### Representative Work

**Amtower v. Photon Dynamics, Inc. et al.** Successfully represented Photon Dynamics, Inc. in a 5-week jury trial. Plaintiff alleged federal and state law claims of securities fraud arising out of a stock-for-stock merger agreement and registration statement, claiming that the acquiring company misrepresented that shares would be freely transferable post merger. Plaintiff alleged that aspects of the acquiring company's insider trading policy breached the duties of good faith and candor. The jury returned verdicts for all defendants on all causes of action.

**FDIC v. Lent et al.** Represented FDIC as lead counsel in corporate governance and accounting fraud dispute stemming from a $300 million bank failure following an internet issuance of credit cards. Negotiated successful settlements after the bank was placed into receivership.

**Mitsubishi Electric & Electronics v. Hughes Network Systems** Served as lead plaintiff's counsel in breach of contract claims involving Hughes' Spaceway Program, a $3.5 billion satellite communications system. The jury returned a 12-0 verdict in favor of our client, awarding damages for breach of contract and breach of the covenant of good faith and fair dealing.

**DiPirro v. Bondo Corporation** Successfully served as lead trial counsel on a case of first impression, representing a manufacturer of automotive touch-up paint accused of violating Proposition 65. Won a defense verdict in trial court, subsequently affirmed by the Court of Appeal. The determination that no product warning was warranted based on the "average consumer" standard resulted in the first published appeal following a trial decision on Proposition 65.

**International Paper v. Affiliated FM** Served as plaintiff's co-counsel on an insurance recovery action arising from the failure of 22 insurance carriers to defend and indemnify International Paper for damages paid in settlement of a 1998 national class action lawsuit involving hardboard siding. In 2003, a San Francisco jury returned a verdict of $383 million in favor of the client.

***In re Valley Land Investors I, L.P.*** Assisted the secured lender to recover a $17.5 million claim in a Sacramento-based real property development chapter 11 case.

***Ortner v. Thorn*** Served as lead counsel for defendant attorneys in jury trial on breach of fiduciary duty claim, resulting in defense verdict and recovery on cross-complaint.

***Selma Medical v. Gullian*** Served as lead trial counsel for the developer, Selma Medical Center, in successful American Arbitration Association (AAA) arbitration hearing and court enforcement arising out of real estate development under the Subdivision Map Act.

### Professional Affiliations

San Francisco Bank Attorney Association
San Francisco Bar Association, Legal Ethics
California State Bar Association, Litigation & Appellate subsections
American Bar Association, Litigation section

### Awards & Honors

Named a Northern California "Super Lawyer" for General Litigation in 2005 by *San Francisco* magazine.

### Presentations

Speaker, "Ethical Dilemmas Facing In-House Counsel in Light of Sarbanes-Oxley and Other Recent Developments," Association of Corporate Counsel (ACC) Sacramento Chapter, Sacramento, California, September 20, 2007.

Speaker, "Ethical Dilemmas Facing In-House Counsel in Light of Sarbanes-Oxley and Other Recent Developments," Association of Corporate Counsel (ACC) CLE 2007 Spring Training Day, Burlingame, California, March 30, 2007.

Speaker, "The ADA And Cyberspace: What About Banks?", San Francisco Bank Attorneys Association Luncheon, San Francisco, California, January 8, 2007.

Speaker, "Motion Practice in California", Lorman Seminar, Oakland, California (2002, 2003).

Speaker, "Defending a Proposition 65 Lawsuit", (2002) Los Angeles Manufacturers Association.

### Publications

Co-Author, "Backdating Is Not Always Fraudulent: How to Distinguish Between Lawful and Fraudulent Ratification," *Securities Litigation & Regulation Reporter*, August 23, 2006.

### Education

J.D., University of California, Hastings College of the Law, 1987
   *cum laude*
B.A., Santa Clara University, 1983
   *cum laude, highest honors*

### Admitted

California

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF MARIN**

I, SIMONE H. JOSEPH, am employed in the County of Marin and not a party to the within action. My business address is P.O.. Box 221, Tiburon, CA 94920-0221. On **March 17, 2008**, I served the foregoing document described as EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND DEFENDANTS' COUNSEL FOR INTENTIONAL VIOLATION OF RULE 11 on the interested parties in this action as follows:

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK J. RICHARD
50 California Street, Thirty-Fourth Floor
San Francisco, CA 94111-4707
Fax: (415) 398-2438

[ X ]   **BY U.S. MAIL.** I placed a true copy thereof in a sealed envelope with postage fully prepaid in the United States Mail at Tiburon, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing stated herein.

[ X ]   **BY FAX.** I served the foregoing document by fax from fax number 415-869-5380, to the fax number above. The transmission was complete and no error was reported by the machine. I caused the machine to print a record of the transmission that shows that transmission was successful and which I have retained.

[ ]   **BY FEDERAL EXPRESS.** I maintain an account with Federal Express. I placed a true copy thereof in a sealed Federal Express Envelope, Pak or other container and deposited it with Federal Express in Tiburon, California. The name and address on the Airbill was as shown on the attached Service List. The Airbill was marked for "FedEx Priority Overnight (Next business morning)" delivery. The Airbill was marked to indicate that payment for the delivery is to be charged to my account. The Airbill was marked to permit delivery without obtaining a signature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **March 17, 2008** at Tiburon, California.

_____
SIMONE H. JOSEPH

2