STEPHEN L. JOSEPH (SBN 189234)
P.O. Box 221
Tiburon, CA 94920-0221
Telephone:  415-577-6660
Facsimile:  415-869-5380
E-mail: sljoseph@earthlink.net

Attorney for Plaintiff ALTIN HAVAYOLU
TASIMACILIGI TURIZM VE TIC. A.S.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTIN HAVAYOLU TASIMACILIGI TURIZM VE TIC. A.S., a corporation organized under the laws of Turkey, doing business as GOLDEN INTERNATIONAL AIRLINES,<br><br>    Plaintiff,<br><br>vs.<br><br>SIVAKUMAR SINNARAJAH, an individual, also known as MANO SINNARAJAH; H&S GROUP OF COMPANIES, INC., a Florida corporation; and DOES 1 to 10 inclusive,<br><br>    Defendants.<br>_____ | Case No. CV 07-6475 EDL<br><br>ASSIGNED TO THE HONORABLE ELIZABETH D. LAPORTE<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL, STEPHEN L. JOSEPH, CERTIFYING COMPLIANCE WITH 21 DAY REQUIREMENT REGARDING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS' AND DEFENDANTS' COUNSEL FOR INTENTIONAL VIOLATION OF RULE 11**<br><br>[FRCP 11]<br><br>Date: June 3, 2008<br>Time: 9:00 a.m.<br>Courtroom: E |

## DECLARATION OF STEPHEN L. JOSEPH

I, Stephen Joseph, declare as follows:

1. I know all of the facts herein of my own personal knowledge, and if called upon as a witness to this proceeding, I would and could competently testify thereto under oath.
2. I am an attorney admitted to practice in the State of California and in the U.S. District Court for the Northern District of California.
3. I represent the Plaintiff in the above-captioned case.
4. I make this declaration in support of Plaintiff's Notice Of Motion And Motion For Sanctions Against Defendants And Defendants' Counsel For Intentional Violation Of Rule 11.
5. On March 17, 2008, the following documents were served on Plaintiff's counsel by mail and fax:
    a. Plaintiff's Notice Of Motion And Motion For Sanctions Against Defendants And Defendants' Counsel For Intentional Violation Of Rule 11; Memorandum Of Points And Authorities; Declaration Of Stephen L. Joseph
    b. [Proposed] Order Granting Plaintiff's Motion For Sanctions Against Defendants And Defendants' Counsel
    c. Exhibits In Support Of Plaintiff's Motion For Sanctions Against Defendants And Defendants' Counsel For Intentional Violation Of Rule 11
6. On March 17, 2008, I also sent by mail and fax with the aforesaid documents a letter to counsel for Defendants' counsel in which I stated as follows:

    "In accordance with Rule 11(c)(2) of the Federal Rules of Civil Procedure, the motion will not be filed or presented to the court if Defendants' Motion For Sanctions Against Plaintiff And Plaintiff's Counsel is "withdrawn or appropriately corrected within 21 days after service." All rights are reserved."

7. True and correct copies of (i) said letter, (ii) the fax cover sheet faxed therewith, and (iii) the fax transmission sheet confirming successful transmission, are attached hereto.

8. I have received no communications of any kind from Defendants' counsel since March 17, 2008.

9. Defendants and their counsel did not withdraw or appropriately correct their Motion For Sanctions Against Plaintiff And Plaintiff's Counsel by the end of the 21 day period, which was April 7, 2008.

10. In view of the foregoing, I have today filed the documents described in paragraph 5 above.

I declare under penalty of perjury under the laws of the State of California and the United States of America that I have read the foregoing, that the foregoing is true and correct, and that I would be competent to so testify.

Executed on April 8, 2008 at Tiburon, California.



_____
STEPHEN L. JOSEPH

LAW OFFICES
*of*
# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221

*Admitted in California and the District of Columbia*

TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

March 17, 2008

Patrick J. Richard, Esq.                              BY MAIL AND FAX
Nossaman, Guthner, Knox & Elliott, LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4707

RE: Altin v. Sinnarajah, et al.

Dear Mr. Richard:

I am hereby serving the following documents on you:

- Plaintiff's Notice Of Motion And Motion For Sanctions Against Defendants And Defendants' Counsel For Intentional Violation Of Rule 11; Memorandum Of Points And Authorities; Declaration Of Stephen L. Joseph

- Exhibits In Support Of Plaintiff's Motion For Sanctions Against Defendants And Defendants' Counsel For Intentional Violation Of Rule 11

- [Proposed] Order Granting Plaintiff's Motion For Sanctions Against Defendants And Defendants' Counsel

In accordance with Rule 11(c)(2) of the Federal Rules of Civil Procedure, the motion will not be filed or presented to the court if Defendants' Motion For Sanctions Against Plaintiff's And Plaintiff's Counsel is "withdrawn or appropriately corrected within 21 days after service." All rights are reserved.

Sincerely,

Stephen L. Joseph

# LAW OFFICES
## *of*
# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221
TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

## FAX TRANSMITTAL SHEET

DATE: March 17, 2008

FROM: Stephen L. Joseph

TO: Patrick J. Richard

TRANSMIT TO FAX NUMBER: (415) 398-2438

NUMBER OF PAGES (INCLUDING THIS PAGE): 24

DOCUMENT: (i) Letter from Stephen L. Joseph to Patrick J. Richard; (ii) Plaintiff's Motion For Sanctions Against Defendants And Defendants' Counsel For Intentional Violation Of Rule 11; Memorandum Of Points And Authorities; Declaration Of Stephen L. Joseph

---

**COMMENTS:**

PLEASE NOTE: THIS FAX AND THE INFORMATION IT CONTAINS ARE INTENDED TO BE A CONFIDENTIAL AND PRIVILEGED COMMUNICATION ONLY TO THE PERSON(S) SPECIFIED IN THE "TO" LINE ABOVE. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

```
TRANSMISSION VERIFICATION REPORT
```

```
                                TIME    : 03/17/2008 06:49
                                NAME    : STEPHEN JOSEPH
                                FAX     : 4158695380
                                TEL     : 4155776660
                                SER.#   : E7J440657
```

```
DATE,TIME           03/17 06:44
FAX NO./NAME        3982438
DURATION            00:04:42
PAGE(S)             24
RESULT              OK
MODE                STANDARD
                    ECM
```

# LAW OFFICES
## *of*
# STEPHEN L. JOSEPH, ESQ.

P.O. BOX 221
TIBURON, CA 94920-0221
TELEPHONE: (415) 577-6660
FAX: (415) 869-5380
E-MAIL: sljoseph.law@earthlink.net

## FAX TRANSMITTAL SHEET

DATE: March 17, 2008

FROM: Stephen L. Joseph

TO: Patrick J. Richard

TRANSMIT TO FAX NUMBER: (415) 398-2438

NUMBER OF PAGES (INCLUDING THIS PAGE): 24

DOCUMENT: (i) Letter from Stephen L. Joseph to Patrick J. Richard; (ii) Plaintiff's Motion For Sanctions Against Defendants And Defendants' Counsel For Intentional Violation Of Rule 11; Memorandum Of Points And Authorities; Declaration Of Stephen L. Joseph

---

**COMMENTS:**