UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTIN HAVAYOLU TASIMACILIGI

    Plaintiff,

  v.

SIVAKUMAR SINNARAJAH,

    Defendant.
_____/

No. 07-06475 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the parties' Motions for Sanctions, documents 16 and 23, has been taken off calendar. The Court finds the matter suitable for decision without oral argument.

Dated: June 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy